UNITED STATES DISTRICT COURT

_____ District of _____

MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| TAM TRAN, | * | |
| | * | |
| Plaintiff, | * | Civil Action No. _____ |
| | * | |
| -vs.- | * | COMPLAINT |
| | * | |
| TRUNG NGUYEN, | * | |
| | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT FOR
## BREACH OF CONTRACT

The Plaintiff, Tam Tran, ("Mr. Tran"), by way of Complaint against the Defendant, Trung Nguyen, ("Mr. Nguyen"), hereby alleges as follows:

### INTRODUCTION

This is an action by Mr. Tran for a promissory note ("Note") given by Mr. Nguyen to Mr. Tran in the amount of Three Hundred and Six Thousand and Five Hundred and Twenty-Four Dollars ($306,524.00) and for and together with accrued interest thereon and attorney fees and costs pursuant to the terms of the Note.

### THE PARTIES

1.     The Plaintiff is an adult individual, and is a citizen and resident of the Commonwealth of Massachusetts and resides at 399 Salem Street, Malden, Middlesex County, Massachusetts.

2.      The Defendant is an adult individual and resident of the State of

Washington residing in the County of King at 8800 39th Avenue S, Seattle, Washington

98118.

## JURISDICTION

3.      This court has subject matter jurisdiction and personal jurisdiction over

this Civil Action and the Parties involved because there is complete diversity of

citizenship between the Plaintiff and the Defendant and the matter in controversy,

exclusive of interest and costs, exceeds the sum of $75,000.00, as specified by 28 U.S.C.

§1332. The Venue is proper because events and harm giving rise to the claims set forth

herein occurred within the jurisdiction of the Commonwealth of Massachusetts.

## BACKGROUND

4.      On August 18, 2008, the Defendant, Mr. Nguyen executed and delivered a

Note promising to pay the Plaintiff, Mr. Tran the sum of Three Hundred and Six

Thousand and Five Hundred and Twenty-Four Dollars ($306,524.00) and for and together

with accrued interest thereon; and in the event of an action to enforce the Note, attorney

fees and costs thereon. A true and accurate copy of the Note is attached hereto as Exhibit

"A".

5.      Mr. Nguyen paid One Thousand Dollars ($1,000.00) to Mr. Tran.

6.      The Note set forth the terms and arrangement of payment. The Note calls

for the Mr. Nguyen to pay Mr. Tran eight consecutive and quarterly installments of Three

Thousand Sixty-Five and 24/100 Dollars ($3,065.24). The payments were to commence

on September 1, 2008 and the entire principal balance and any accrued but unpaid

interest shall be fully paid on or before June 1, 2010. Late charges were agreed to for late

2

payments and amounts due and payable after the maturity date at a rate of ten (10%) percent per annum until paid in full.

## FOR A CAUSE OF ACTION

6.      The Plaintiff repeats and incorporates by reference the allegations set forth in the proceeding paragraphs of this Complaint as if the same were fully set forth herein.

7.      Mr. Nguyen executed a Note constituting a valid binding and enforceable contract having sufficient consideration. Mr. Tran performed his part of the agreement by lending money to Mr. Nguyen. Mr. Tran fully performed his obligation and responsibilities under the terms of the contract.

8.      Mr. Nguyen breached the agreement by only paying Mr. Tran $1,000.00. To date, Mr. Nguyen owes Mr Tran the sum of Three Hundred and Six Thousand and Five Hundred and Twenty-Four Dollars ($306,524.00) and for and together with accrued interest thereon and attorney fees and costs. Mr Nguyen unjustifiably and without excuse, failed to perform his obligations and responsibilities under the contract.

9.      On March 20, 2014, the Plaintiff via his Attorney sent a demand for payment to Mr. Nguyen. A copy of the demand letter is attached hereto. To date, the Mr. Nguyen has not paid any monies or arranged for payment thereof.

10.     As a direct result of the Defendant, Mr. Nguyen's breach of his obligations and responsibilities under the terms of the contract, Mr. Tran sustained and continues to sustain damages in excess of Four Hundred and Forty-Four Thousand Six Hundred and Thirty-Seven Dollars ($444,637.00).

## PRAYER FOR RELIEF

WHEREFORE, Mr. Tran seeks this Court to enter Judgment, Orders, and Relief against the Defendant, Mr. Nguyen for damages and losses in the amount of Three

3

Hundred and Six Thousand and Five Hundred and Twenty-Four Dollars ($306,524.00)

and for and together with accrued interest thereon, in the sum certain amount of Four

Hundred and Forty-Four Thousand Six Hundred and Thirty-Seven Dollars

($444,637.00) and attorney fees and costs and such other and further relief this

Honorable Court deems just and fair.

Respectfully submitted,
The Plaintiff,
By His Attorney,

Leonidas B. Chakalos, Esquire
BBO # 653333
**CHAKALOS & ASSOCIATES, LLC**
27 Water Street, Suite 117
Wakefield, MA 01880
(781) 942-0440
chakaloslaw@gmail.com

Date    : Thursday, May 15, 2014

4